■ In the Matter of KENT A. KROEMER, Petitioner, v PAUL CHAPPIUS, as Tier Hearing Officer, et al., Respondents. [778 NYS2d 353]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Allegany County [James E. Euken, A.J.], entered October 24, 2003) to review a determination of respondents. The determination found after a Tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Pine, J.P., Hurlbutt, Gorski, Martoche and Lawton, JJ.